### TROY et al. v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. January 24, 1923.)

No. 3185.

Intoxicating liquors ⊜⇒242—Imprisonment not authorized for first offense of possessing liquors or stills.

Under National Prohibition Act, tit. 2, § 29, a sentence to imprisonment is not authorized for the first offense of unlawful possession of liquors or stills in violation of section 25.

In Error to the District Court of the United States for the Southern Division of the Southern District of Illinois.

Criminal prosecution by the United States against Angelo Troy and John Anghilanti. Judgment of conviction, and defendants bring error. Reversed in part, and judgment modified.

A. Morris Williams, of Springfield, Ill., for plaintiffs in error.

Before BAKER and PAGE, Circuit Judges, and LINDLEY, District Judge.

PAGE, Circuit Judge. The penalty imposed on each defendant is a fine of $800 and four months in jail. The defendants were convicted by a jury on the first, second, and fifth counts of a criminal information under the Volstead Act (41 Stat. 305). The first count charged unlawful manufacture of intoxicating liquor, but there is no evidence to sustain conviction under that count. The second count charged unlawful possession of intoxicating liquor, and the fifth charged the un-

⊜⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

lawful possession of two stills. The only penalty for violations under each of the counts 2 and 5, for a first offense, is a fine of not over $500.

The judgment will be reversed and remanded as to count 1, and the punishment is modified by striking out the sentence of imprisonment. The judgment as to the penalty shall read: Each defendant shall pay a fine to the United States in the sum of $800, together with costs of this prosecution, and shall stand committed to the McLean county, Ill., jail until fine and costs are paid. In all other respects the judgment is affirmed, each defendant to pay his costs in this court.